AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ROBERT GRUTGEN,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

                                          CASE NUMBER: **3:08-CV-00304-BES-VPC**

E.K. MCDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#11) is GRANTED. The Court finds grounds one and two are not cognizable in the instant action. Petitioner has elected to voluntarily abandon ground three.
    **IT IS FURTHER ORDERED** the petition (#6) is DISMISSED WITH PREJUDICE.
    **IT IS FURTHER ORDERED** that petitioner is DENIED a certificate of appealability.


  July 7, 2009                                                          **LANCE S. WILSON**
                                                                            Clerk

                                                                          /s/ D. R. Morgan
                                                                         Deputy Clerk